IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
**DISTRICT OF MISSOURI**
Case No. 4:17-cv-00775-DGK

| | | |
|---|---|---|
| **GWENDOLYN G. CARANCHINI,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF APPEAL** |
| | ) | |
| **NATIONSTAR MORTGAGE LLC,** | ) | |
| | ) | |
| Defendant, | ) | |

Notice is hereby given that Gwendolyn G. Caranchini, plaintiff, in the above named case hereby appeals to the United States Court of Appeals for the Eight Circuit from an Order granting "summary judgment" to Nationstar Mortgage, LLC entered in this action on the 28th day of February 2019.

Respectfully submitted,

*s/s Gwendolyn G. Caranchini*
_____
Gwendolyn G. Caranchini, Individually
1203 West 62nd Street
Kansas City, Missouri 64113
gwencaranchini@gmail.com
816-223-7178
**Pro Se**

CERTIFICATE OF SERVICE

I hereby certify that the undersigned served this "Notice" upon Caleb J. Halberg, Dykema Gossett PLLC, one of the attorneys for Defendant Nationstar Mortgage LLC, 10 South Wacker Drive, Ste 2300, Chicago, Illinois by filing this document electronically on April 1, 2019 with the Clerk of the Court using the ECF system which sent electronic notification to all parties of Record.

*s/s Gwendolyn G. Caranchini*
_____