IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| GWENDOLYN GILL CARANCHINI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 4:17-cv-00775-DGK |
| | ) | |
| NATIONSTAR MORTGAGE LLC and | ) | |
| MARTIN LEIGH PC, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT MARTIN LEIGH PC'S SUGGESTIONS IN OPPOSITION TO PLAINTIFF CARANCHINI'S MOTION TO SET ASIDE**

COMES NOW Defendant Martin Leigh PC and, for its Suggestions in Opposition to Plaintiff Caranchini's Motion to Set Aside (Doc. 86), states:

Martin Leigh PC opposes Caranchini's Motion to Set Aside and its requested relief. To the extent the Court needs additional briefing to support Martin Leigh PC's opposition, Martin Leigh PC requests an additional ten days from the date of any such order to provide a supplemental response.

WHEREFORE Defendant Martin Leigh PC respectfully requests that Plaintiff's Motion to Set Aside be denied.

Respectfully submitted,
MARTIN LEIGH PC

/s/ William H. Meyer
Thomas J. Fritzlen, Jr.    Mo. 34653
William H. Meyer           Mo. 42345
Gregory D. Todd            Mo. 56941
2405 Grand Blvd., Suite 410
Kansas City, MO 64108
(816) 221-1430    Phone
(816) 221-1044    Fax
tjf@martinleigh.com

1

whm@martinleigh.com
gdt@martinleigh.com
COUNSEL FOR MARTIN LEIGH PC

CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of May 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties.

via email to:

Gwendolyn G. Caranchini, J.D.
1203 W. 62 Street
Kansas City, Missouri 64113
gwencaranchini@gmail.com

/s/ William H. Meyer
William H. Meyer