IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| GWENDOLYN G. CARANCHINI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17-CV-00775-DGK |
| ) | |
| NATIONSTAR MORTGAGE LLC, et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL OF ATTORNEY

COMES NOW William H. Meyer of Martin Leigh PC, and hereby notifies the Court and all parties of his withdrawal as counsel for Defendant Martin Leigh PC in connection with the above-captioned action and requests that his name be removed from the notices of electronic filing. Defendant Martin Leigh PC has been personally notified by William H. Meyer of his withdrawal from this matter and that attorney Thomas J. Fritzlen, Jr. of Martin Leigh PC will be staying on as counsel for Defendant Martin Leigh PC and shall continue to receive all notices of electronic filing from the court.

Respectfully submitted by,

MARTIN LEIGH PC

/s/ William H. Meyer
Thomas J. Fritzlen, Jr.   Mo. 34653
William H. Meyer   Mo. 42345
Gregory D. Todd   Mo. 56941
2405 Grand Blvd., Suite 410
Kansas City, MO 64108
(816) 221-1430   Phone
(816) 221-1044   Fax
tjf@martinleigh.com
whm@martinleigh.com
gdt@martinleigh.com
COUNSEL FOR DEFENDANT
MARTIN LEIGH PC

(4756.131)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was sent via electronic mail through the Courts electronic filing system on this 14th day of June, 2019.

> */s/ William H. Meyer*
> William H. Meyer