**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| GWENDOLYN GILL CARANCHINI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:17-CV-00775-DGK |
| | ) | |
| NATIONSTAR MORTGAGE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER DENYING PLAINTIFF'S MOTION TO PROHIBIT MARTIN LEIGH P.C.**
**FROM COMMUNICATING WITH LINUS BAKER**

Pending before the Court is Plaintiff's motion for an order prohibiting Martin Leigh P.C. ("Martin Leigh"), a former defendant in this case, from speaking to Linus Baker, defense counsel in *Caranchini v. Peck*, 4:19-cv-00030-DGK (W.D. Mo) (Doc. 83). Plaintiff alleges that Martin Leigh and Mr. Baker have engaged in a "conspiracy" against her to ensure she loses both of her lawsuits.

Plaintiff provides no evidence supporting the factual allegations in her motion. In fact, she admits that the conspiracy "can't be proven" and that her motion consists of "numerous seemingly unrelated facts" (Doc. 83 at 5). More importantly, though, even if Plaintiff's factual allegations were true, she provides no authority which would allow this Court to enter an injunctive ban on future communications between Martin Leigh and Mr. Baker. The motion is DENIED.

**IT IS SO ORDERED.**

Date: January 21, 2020                        /s/ Greg Kays
                                              GREG KAYS, JUDGE
                                              UNITED STATES DISTRICT COURT